GOERNER v. EASTMAN.

(Circuit Court of Appeals, Fifth Circuit. November 22, 1919.)

No. 3378.

BANKRUPTCY ⨦414(3)—EVIDENCE JUSTIFYING REFUSAL OF DISCHARGE.

An order denying bankrupt's application for discharge *held* supported by the evidence.

Appeal from the District Court of the United States for the Western District of Texas; William R. Smith, Judge.

In the matter of George F. Goerner, bankrupt. The bankrupt appeals from an order refusing discharge on objections of Herbert C. Eastman, a creditor. Affirmed.

John F. Weeks, of El Paso, Tex. (John F. Weeks and Chas. Owen, both of El Paso, Tex., on the brief), for appellant.

John L. Dyer, of El Paso, Tex., for appellee.

Before WALKER, Circuit Judge, and FOSTER and GRUBB, District Judges.

WALKER, Circuit Judge. This is an appeal from an order confirming a recommendation of the referee that the appellant bankrupt's application for a discharge be denied. The referee's recommendation was a result of a finding that the bankrupt obtained money upon a materially false statement in writing made by him to the appellee, a cred-

itor who appeared and filed specifications of objections to the discharge applied for.

The finding of the referee was supported by testimony of the bankrupt himself given at the first meeting of his creditors. The only basis for the contention that the finding was unsupported by evidence is the circumstance that testimony of the bankrupt on the hearing of the objections to his discharge was in conflict with his previously made admissions. The evidence was such that it fully justified the finding of the referee, and the action of the court in confirming it and denying the application for discharge. The record does not show the commission of any error.

The order or judgment appealed from is affirmed.